IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPG INDUSTRIES, INC., <br>     Plaintiff, <br><br> -vs- <br><br> SHELL CHEMICAL LP and <br> MOTIVA ENTERPRISES LLC, <br><br>     Defendants. | ) <br> ) <br> ) Civil Action No. 09-0785 <br> ) <br> ) <br> ) **Judge Gary L. Lancaster** <br> ) **Chief U.S. District Judge** <br> ) <br> ) <br> ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for the parties, that this action and all of the claims set forth therein are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall bear their own costs and fees.

Michael G. Zanic (Pa. ID #56872)
Douglas J. Simmons (Pa. ID # 69401)
Angelica R. Shepard (PA ID # 84001)
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Phone: 412.355.6500
Facsimile: 412.355.6501
michael.zanic@klgates.com
doug.simmons@klgates.com
angelica.shepard@klgates.com

Attorneys for Plaintiff,
PPG Industries, Inc.

Dated: October 19, 2010

Elizabeth Windsor (Pa. ID #92010)
Morgan, Lewis & Bockius LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219
Phone: 412.560.3300
Facsimile: 412.560.7001
ewindsor@morganlewis.com

Eric Kraeutler (Pa. ID # 32189)
John V. Gorman (Pa. ID # 80631)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5000
Facsimile: 215.963.5001
ekraeutler@morganlewis.com
jgorman@morganlewis.com

Attorneys for Defendants, Shell Chemical
LP and Motiva Enterprises LLC

Dated: October 20, 2010

SO ORDERED, this 21st day of October, 2010.

Hon. Gary L. Lancaster, Chief U.S. District Judge